### HINES v. STRONG, appellant.

*Bailment — conversion of pledged property — interest.*

Plaintiff's evidence showed that he delivered a watch to defendant to secure a loan of $82. Defendant's evidence showed that the watch was sold him for $82, he agreeing to re-sell it to plaintiff for $87. *Held*, that the jury were justified in finding the transaction to be a pledge and not a sale. *Held*, also,

there being no evidence of an agreement to pay interest on the sum loaned, the $5 difference between $82 and $87 must be held to be in lieu of interest and the tender of the latter sum sufficient to enable plaintiff to bring an action for the conversion of the watch.

*Fuller* and *Vann*, for appellant.

*Gott & Garfield*, for respondent.

MULLIN, P. J.

The opinion contains nothing in addition to what is given in the head note, except a brief review of the evidence.

*Judgment affirmed.*